March 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CRAIG HARDY, Appellant

NO. 14-11-00795-CR        V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED** and that the appellant pay all costs expended in this appeal, and further orders this decision certified below for observance.

We further order the Clerk of this Court to issue the mandate immediately.